UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

AMY BUROKER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:17-cv-116

Magistrate Judge Michael J. Newman
(Consent case)

---

**ORDER AND ENTRY: (1) GRANTING THE JOINT MOTION FOR REMAND (DOC. 11); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 11. Based upon the stipulation of the parties, and for good cause shown, the ALJ's non-disability finding is **REVERSED** as unsupported by substantial evidence and the parties' joint motion for a Sentence Four remand (doc. 11) is **GRANTED**. This case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings. The Clerk is **ORDERED** to enter judgment in favor of Plaintiff and to **TERMINATE** this case on the Court's docket.

    **IT IS SO ORDERED.**


Date:   August 28, 2017                                s/ Michael J. Newman
                                                                 Michael J. Newman
                                                                 United States Magistrate Judge